# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ERNEST A. ROBERGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:13-cv-289-GZS ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 20) filed June 28, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                                                     /s/ George Z. Singal
                                                                                     United States District Judge

Dated this 17th day of July, 2014.